# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | | |
|---|---|---|
| ROSIE MAY ABRAMS, | : | |
| COURTNEY VASHAY ABRAMS and | | |
| JERMAINE ABRAMS, | : | |
| Plaintiffs, | : | |
| vs. | : | Civil Action No. 12-00432-KD-C |
| QBE INSURANCE CORPORATION, | : | |
| Defendant/Garnishee. | | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the recommendation to which objection is made, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 15, 2012 (Doc. 20), is **ADOPTED** as the opinion of this Court. Accordingly, the Plaintiffs' Motion to Remand (Doc. 10) is **DENIED**.

**DONE** this 5th day of December 2012.

/s/ Kristi K. DuBose
**UNITED STATES DISTRICT JUDGE**